LAWRENCE G. BROWN
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Federal Cross-Defendants
  United States of America and United States Postal Service

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODOLFO ESPINOZA and GUADALUPE PORTILLO, parents of Decedent MARIA CELESTE ESPINOZA-PORTILLO,<br><br>    Plaintiffs,<br><br>    v.<br><br>RAUDEL MORENO and MARICELA MORENO and DOES 1 to 100 inclusive,<br><br>    Defendants.<br>_____<br>AND RELATED CROSS-ACTIONS. | 1:08-cv-00931-OWW-SMS<br><br>**ORDER DISMISSING CROSS-COMPLAINT AND REMANDING REMAINDER OF THE CASE** |

In an order dated September 30, 2009, cross-defendant United States of America/United States Postal Service was ordered to show cause why the cross-complaint for indemnity filed by Defendants, Raudel Moreno and Marcela Moreno, against the United States Postal Service, should not be dismissed for lack of subject-matter jurisdiction and the remainder of the case remanded. The United States of America/United States Postal

1  Service filed a response in support of dismissal and none of the
2  other parties appeared in opposition.
3      After considering all papers filed in connection with the
4  Order to Show Cause Re: Dismissal, it is hereby ORDERED, ADJUDGED
5  AND DECREED that the Cross-Complaint for Indemnity filed by
6  Raudel Moreno and Marcela Moreno against the United States Postal
7  Service is DISMISSED WITHOUT PREJUDICE for the reasons set forth
8  in this Court's Order to Show Cause Re: Dismissal, Docket No. 22,
9  which is incorporated herein by reference.  The Clerk is ordered
10 to remand the remainder of the case styled <u>Rodolfo Espinzoa et.</u>
11 <u>al v. Raudel Moreno et. al</u>, Case No. CV034439, to the Superior
12 Court of the State of California, County of San Joaquin.

14 Dated: November 9, 2009          __/s/ OLIVER W. WANGER_____
                                    Oliver W. Wanger, Judge
15                                  United States District Court